**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY GENE LEWIS, | Case No. EDCV 17-0181 SVW (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ORRY MARCIANO, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 25, 2018

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE